Hickey, as sole administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the authority of Ruleff v. New York Cent. & H. R. R. Co., 190 N. Y. 556, 83 N. E. 1131, affirming 117 App. Div. 217, 102 N. Y. Supp. 1147.